FILED
U.S DIST COURT
LA

2009 MAY 19  A 10: 22

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VAN R. NOLAN, | ) | CASE No. 3:08 cv 00839 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | JUDGE JAMES J. BRADY |
| | ) | |
| LIFE INVESTORS INSURANCE COMPANY | ) | |
| OF AMERICA, AEGON USA, INC. and | ) | |
| TRANSAMERICA LIFE INSURANCE | ) | MAGISTRATE DOCIA DALBY |
| COMPANY | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER

Considering the Joint Motion to Stay Pending Final Approval of Settlement, and good cause having been found to grant the relief requested in the Motion:

IT IS HEREBY ORDERED that this case is stayed, and all pending deadlines and trial dates are hereby suspended until further order of the Court.  Either party may move to lift the stay upon good cause shown, and the parties are instructed to report to the Court on the status of the Settlement proceedings pending in the Circuit Court of Pulaski County within 120 days from the date of this order.

Baton Rouge, Louisiana, this 19th day of May, 2009.

UNITED STATES DISTRICT JUDGE
James J. Brady

{N1982592.1}